1  PHILLIP A. TALBERT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,       | CASE NO. 1:02-CR-05225-AWI
11 |            Plaintiff,           | MOTION TO DISMISS VIOLATION PETITION
12 |         v.                      |
13 | BYRON CHRISTOPHER WILLIAMS,     |
14 |            Defendants.          |

15

16     Comes now the United States, by and through its attorneys of record, PHILLIP A. TALBERT,

17 United States Attorney, and LAUREL J. MONTOYA, Assistant U.S. Attorney, and request leave of the

18 Court to dismiss the Supervised Release Violation Petition in this case as to the above-named defendant

19 in the interest of justice. This request is made because the defendant passed away on February 2, 2017

20 while serving a state prison sentence. Attached is the notice received by the U.S. Marshals Service.

21     The government further requests that the arrest warrant for each defendant be recalled by the

22 Court.

23 Dated: February 15, 2017                          PHILLIP A. TALBERT
                                                    United States Attorney
24

25                                            By:   /s/ LAUREL J. MONTOYA
                                                    LAUREL J. MONTOYA
26                                                  Assistant United States Attorney

27 ///

28 ///

                                                1

**ORDER**

IT IS SO ORDERED that the Supervised Release Violation be dismissed and that the arrest warrant be recalled.

IT IS SO ORDERED.

Dated:   February 16, 2017                    _____
                                              SENIOR  DISTRICT  JUDGE